IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 3: 09-PO-03-02 (CWH) |
| JAMES W. VICKERY, | VIOLATION: Destruction of Public Property |
| Defendant | |

## VERDICT

Defendant JAMES W. VICKERY appeared before the undersigned on May 19, 2009 along with HELEN H. SIERADZKI and JAMES D. WARRICK for a non-jury trial, each defendant having been charged in Violation Notices issued by Officer Wendell Hardwick, Jr. of the Corps of Engineers with the offense of Destruction of Public Property at or near Beaverdam Estates Subdivision at Richard B. Russell Lake in Elbert County, Georgia. The court heard testimony from Officer Hardwick, James A. Sykes, District Biologist, and Jeff Brooks, District Biologist, in support of the government's allegations and from defendants Warwick, Sieradzki, and Vickery in opposition to the charges made against them.

The undersigned has carefully considered the testimony of *all* witnesses and has viewed the documentary evidence admitted, consisting , *inter alia*, of numerous photographs of the property adjacent to the property of the defendants. *See* Tabs # 11 and #12 in each case. The court finds the testimony of the government's witnesses to be credible and to be supported by the numerous photographs placed in evidence. The court does not find the testimony of the defendants to be credible.

The undersigned finds beyond a reasonable doubt that each defendant has violated the law as alleged in the separate violation notices issued to them, to-wit: No. A2021780 (Vickery), No. A2021781 (Warrick) and A2021782 (Sieradzki). Accordingly, each is adjudged **GUILTY** of the offense charged.

SO ORDERED AND DIRECTED, this 11th day of AUGUST, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE